United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI PICKMAN, Acting as a private attorney general on behalf of the general public of the state of California,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., AMERICAN EXPRESS CENTURION BANK, and AMERICAN EXPRESS BANK, FSB,<br><br>    Defendants.<br>                                        / | No. C 11-05326 WHA<br><br>**ORDER GRANTING LEAVE TO FILE A SURREPLY BRIEF** |

Plaintiff has submitted a motion seeking leave to file a surreply brief to address a new argument raised in defendants' reply brief. Defendants oppose. Having reviewed the submissions, good cause is shown to permit the filing of a surreply brief. Plaintiff's proposed surreply brief at docket number 36-1 is deemed filed.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE