IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI PICKMAN, acting as a private Attorney General on behalf of the general public of the state of California,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.; AMERICAN EXPRESS CENTURION BANK; and AMERICAN EXPRESS BANK, FSB,<br><br>Defendants. / | No. C 11-05326 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE DATES RELATED TO ATTORNEY'S FEES MOTION** |

The parties seek a 61-day continuance of all deadlines set forth in the order regarding attorney's fees. The parties state they "have been participating in the Ninth Circuit Court of Appeals voluntary mediation program," and "believe additional settlement discussions could assist them in reaching a resolution of the disputes" (Dkt. No. 50 at 2). No continuance will be granted at this time. Pursuant to the attorney's fees order, the parties will have an opportunity to meet and confer and attempt to resolve all differences as to the amount of attorney's fees. The request for a continuance is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE